Evert Caldwell, Pro Se
3221 Verdure Lane
Birmingham, Alabama 35226
Telephone (205) 777-1826
Email: evertcaldwell@gmail.com

2012 MAR 28  P 2: 39

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **EVERT CALDWELL**, an individual,<br>      Plaintiff,<br>vs.<br>**COMPASS ENTERTAINMENT GROUP LLC,**<br>a Nevada corporation;<br>**ROUNDER, INC.**<br>a Florida corporation;<br>**THOMAS A. MCDONALD,**<br>**SUZANNE M. LABELLE,**<br>**GREGORY T. MCDONALD,**<br>**JEFFREY P. KRANZDORF,**<br>**GREGORY J. MCDONALD,** individuals; and<br>DOES 1 through 10, inclusive,<br><br>      Defendants | Civil Action No.:<br><br>2:12-cv-00458-KJD-GWF |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested parties order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

**Defendants in this case, excluding John Does.**

Gregory T. McDonald, Jeffrey P. Kranzdorf, Gregory J. McDonald, Suzanne Labelle, Tom McDonald, Compass Entertainment Group LLC, Rounder, Inc.,

**Plaintiff:**

Evert Caldwell

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Rounder, Inc. or unknown at this time.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Unknown at this time.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Evert Caldwell or unknown.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

March 22, 2012

Evert Caldwell, Pro Se
3221 Verdure Lane
Birmingham, Alabama 35226
Telephone (205) 777-1826
Email: evertcaldwell@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2012, the foregoing has been filed with the clerk of the Court for uploading to the CM/ECF system. I further certify that I attached the foregoing document to each complaint for service or mailed it first class to the address of service.

Evert Caldwell, Pro Se
3221 Verdure Lane
Birmingham, Alabama 35226
Telephone (205) 777-1826
Email: evertcaldwell@gmail.com
