# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERT CALDWELL,<br><br>  Plaintiff,<br><br>vs.<br><br>COMPASS ENTERTAINMENT GROUP, LLC, et al.,<br><br>  Defendants. | Case No. 2:12-cv-000458-KJD-GWF<br><br>**ORDER**<br><br>Motion for Extension of Time to Respond to Plaintiff's Complaint (#5) |

This matter comes before the Court on Defendant Compass Entertainment Group, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint (#5), filed on April 13, 2012. Defendant's resident agent was served with the complaint in this matter. The individual who received service however never informed Defendant of the time and date of service. Defendant therefore does not know the exact deadline to respond to Plaintiff's complaint and requests the Court grant an extension of 30 days for Defendant to file their responsive pleading. The Court finds the Defendant has established good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Compass Entertainment Group, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint (#5) is **granted**. Defendant shall have until **May 16, 2012** to respond to Plaintiff's Complaint (#1).

DATED this 16th day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge