1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

8   EVERT CALDWELL,                                )
                                                   )
9                        Plaintiff,                )        Case No. 2:12-cv-000458-KJD-GWF
                                                   )
10  vs.                                            )        **ORDER**
                                                   )
11  COMPASS ENTERTAINMENT GROUP, LLC,              )        Motion to File Electronically (#8)
    et al.,                                        )
12                                                 )
                         Defendants.               )
13  _____   )

14          This matter comes before the Court on Plaintiff's Motion for Ability to File Electronically

15  under CM/ECF (#8), filed on April 20, 2012.  Plaintiff requests permission to file all future

16  pleadings electronically through the Court's CM/ECF filing system.  The Court will allow Plaintiff

17  to file future documents electronically only after Plaintiff has demonstrated a basic understanding

18  and familiarity with the CM/ECF filing system.  Accordingly,

19          **IT IS HEREBY ORDERED** that  Plaintiff's Motion for Ability to File Electronically

20  under CM/ECF (#8) is **granted**.  Plaintiff must comply with the following procedures in order to

21  activate his CM/ECF account:

22          a.      On or before **May 15, 2012**, Plaintiff must provide certification that he has

23                  completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures,

24                  Best Practices, and the Civil & Criminal Events Menu that are accessible on this

25                  court's website, www.nvd.uscourts.gov.

26          b.      Plaintiff is not authorized to file electronically until said certification is filed with

27                  the Court within the time frame specified.

28  . . .

1    c.      Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the

2           CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.                              .

3    DATED this 24th day of April, 2012.

5                                                    _____
                                                     GEORGE FOLEY, JR.
6                                                    United States Magistrate Judge

2