# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERT CALDWELL, | |
| Plaintiff, | Case No. 2:12-cv-000458-KJD-GWF |
| vs. | **ORDER** |
| COMPASS ENTERTAINMENT GROUP, LLC, et al., | Motion for Extension of Time to Answer Complaint (#42) |
| Defendants. | |

This matter comes before the Court on Defendants Gregory and Thomas McDonald's ("Defendants") Motion for Extension of Time to answer Plaintiff's Complaint (#42), filed on November 13, 2012. On November 6, 2012, the District Court filed an Order (#40) granting in part and denying in part Defendant Compass Entertainment's Motion to Dismiss (#15/16), and granting leave for Plaintiff to file an amended complaint. Defendants filed their Notice of Appearance (#41) in this case on November 13, 2012. Defendants now seek an extension of time to file an answer to Plaintiff's original Complaint (#1). The Court finds, however, that in light of the District Court Order (#40), Defendants need no longer answer Plaintiff's original Complaint. Rather, under Federal Rule of Civil Procedure 15(a)(3), Defendants shall have fourteen (14) days after being served with any amended complaint to answer the amended complaint. Accordingly,

...

...

...

...

...

1  **IT IS HEREBY ORDERED** that Defendants Gregory T. McDonald's and Thomas A.
2  McDonald's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (#42) is
3  **granted.**
4  DATED this 15th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge