# The Winning Hand



Registered Casino Junket Enterprise Vendor in New Jersey

Native American Ownership status including Tribal Sponsorship as a member of the **"National Indian Gaming Association."**

Exclusive Rights for **Trump Poker** videotaped poker events

Exclusive Rights for **Trump United States Poker Championship**

Exclusive National and International broadcast, production and syndication rights for the breakout reality television poker event of 2012   Trump High Seas Poker

Controlling ownership of **Rounder Magazine**

Satellite Broadcast License for the **"World Series of Golf"** which has aired on **CBS, NBC** and **WGN.**

Established Brand Presence of Rounder as a marketing tool including **Rounder Shotz Energy Drink** and the world famous **Rounder Girls.**

Long-term partnership with **ZEN Entertainment Network** to manage, maintain and distribute the Rounder online poker site. Rounder will share the collaborative ZEN Poker Network with national brands including:   **World Wrestling Entertainment, Ultimate Fighting Championship, NBC, and ESPN**.

Strategic Alliances with major media powers to share membership and marketing channels.

**RounderLife affinity credit cards** promoting brand awareness and tracking player referrals to traditional casinos.

TeamRounder professional tournament and online sponsored poker stars proudly wearing Rounder Gear and being supported by the Rounder Girls.



Exhibit 9

# THE STAKES

Rounder Inc. goes far beyond the traditional online gaming market.  With almost $24 billion in revenues across the globe, online gaming continues to generate previously unimaginable opportunities. Impending U.S. legislative changes in a depressed economy will "open the floodgates" for legal online gaming companies already positioned with the top branding, best technology and largest membership rolls.



Source: Christiansen Capital Advisors

This $24 billion dollar online gambling market is dominated by online poker. Most of the real growth has been driven by the poker phenomenon, and all of this before the changes we know are coming to "legalize" the biggest market in the world…the United States!



Exhibit 9

# THE PAYOFF (Revenue Generators)

RounderClub real and virtual online poker site

Regional and International territorial licensing Fees for RounderClub

Trump High Stakes Poker Television Series

Trump Taj Mahal U.S. Poker Championship Tournaments

RounderLife the Magazine

RounderLife TV the Television Show

Production and Distribution of the World Series of Golf Television Event

RounderSeats Poker Tournament Seat Reservation Service

RounderShotz Energy Drinks

Rounder Affinity Credit Cards

Appearance Fees for the Beautiful Rounder Girls and Party Bus

Branded and licensed THE ROUNDER ROOM Gentlemen's Social Club.  A members only, very high-end drinking, gaming and meeting establishment.  An exclusive environment to escape to for a fine scotch and cigar, a game of cards or pool, a football game or a quick massage.



Exhibit 9

# The Players

### Greg McDonald, Chairman.

As Founder of Compass Entertainment Group and developer of the Rounder Brand, Greg brings decades of experience and relationships from all facets of the entertainment world.  Greg is a Chickasaw Indian with a longstanding relationship with many Tribal Nations.   As a Producer, Promoter, Publisher and Entrepreneur, Greg began his lifework under the tutelage of Colonel Tom Parker working closely on the career of Elvis Presley.  Greg has personally managed or produced such classic acts as Ricky Nelson, Roy Orbison, Four Tops, Temptations and more recently Aaron Carter.  From his offices in Florida, Greg continues to impact the entertainment industry through his visionary ideas and legendary connections.

### Don Baruch, President and Chief Executive Officer.

As a World Series of Poker Bracelet Winner in 2007, Don joined an exclusive club totaling less than 500 people.  But Don may be the only member of that group with an MBA from a top 20 Business School and almost 20 years of running successful businesses.  From small internet start-ups to Multi-National Fortune 100 Companies, Don has parlayed his keen poker skills and extensive business experience into a formidable combination.  Finally, with Rounder Inc., Don has achieved his dream of bringing together his two passions in one unbelievable venture.



Exhibit 9




**3960 Howard Hughes Pkwy Suite 500 Las Vegas, NV 89169**

www.RounderLife.com          info@rounderlife.com

Tel.  877-841-2424

Some of the statements contained in this BUSINESS PLAN, including information incorporated by reference, discuss future expectations, or state other forward looking information. Those statements are subject to known and unknown risks, uncertainties and other factors, several of which are beyond the Company's control, which could cause the actual results to differ materially from those contemplated by the statements. The forward looking information is based on various factors and was derived using numerous assumptions. In light of the risks, assumptions, and uncertainties involved, there can be no assurance that the forward looking information contained in this BUSINESS PLAN will in fact transpire or prove to be accurate.

Important factors that may cause the actual results to differ from those expressed within may include, but are not limited to:
• The success or failure of the Company's efforts to successfully market its products and services as scheduled;
• The Company's ability to attract and retain quality employees;
• The effect of changing economic conditions;
• The ability of the Company to obtain adequate debt or equity financing;

The Company makes no representation and undertakes no obligation to update the forward looking information to reflect actual results or changes in assumptions or other factors that could affect those statements.



Exhibit 9