Exhibit 10

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77592689**
**Filing Date: 10/14/2008**

## To the Commissioner for Trademarks:

**MARK:** Rounder LIFE TV (stylized and/or with design, see mark)

The literal element of the mark consists of Rounder LIFE TV.
The applicant is not claiming color as a feature of the mark. The mark consists of the words Rounder, LIFE and TV with a playing card spade occupying the center space of the letter "o" in the word Rounder.
The applicant, Compass Entertainment Group LLC, a limited liability company legally organized under the laws of Florida, having an address of
   Building 17,
   3000 Universal Studios Plaza
   Orlando, Florida 32819
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 041:  Entertainment services, namely, an on-going series featuring casino games, destination resorts, travel services, dining and cuisine features, musical, dramatic and comedy performances provided through broadcast, cable and satellite television, webcasts and direct to mobile transmissions
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

No claim is made to the exclusive right to use the words rounder, life or TV or the symbol of a playing card spade apart from the mark as shown.

The applicant hereby appoints Jeffrey P. Kranzdorf of Law Offices of Jeffrey P. Kranzdorf
   #430
   18375 Ventura Boulevard
   Tarzana, California 91356
   United States
to submit this application on behalf of the applicant.

Correspondence Information: Jeffrey P. Kranzdorf
             #430
             18375 Ventura Boulevard

Exhibit 10

Tarzana, California 91356

818 585 3345(phone)

818 343 1876(fax)

jkranzdorf@earthlink.net (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Tom McDonald/   Date Signed: 10/14/2008
Signatory's Name: Tom McDonald
Signatory's Position: Manager

RAM Sale Number: 4864
RAM Accounting Date: 10/15/2008

Serial Number: 77592689
Internet Transmission Date: Tue Oct 14 19:45:41 EDT 2008
TEAS Stamp: USPTO/BAS-75.82.135.190-2008101419454178
8658-77592689-400864a9f6c7872ea210c6b9fd
1a3f1f-CC-4864-20081014185452620704

Exhibit 11

From:      jkranxdorf@earthlink.net
Subject:   ROUNDER CLUB TM APPLICATION
Date:      July 24, 2009 3:43:09 PM CDT
To:        gregordonald1@mac.com
Cc:        evert@rounderlife.com, tom@rounderlife.com
Reply-To:  jkranxdorf@earthlink.net

Dear Greg:

As per my voice mail message, I had a long talk this morning with the
USPTO examining attorney regarding ROUNDER CLUB.  I think we may be
able to get this done (to quote her, "making it one word is something
we would ignore).   We may be OK because the Rounder Enterprises LLC TM
for the magazine exists and it would be owned by basically the same
people EVEN THOUGH the registrants would be two different LLC's.   I
need to do some supplemental filing with the USPTO, which I can online
but since it's "under penalty of perjury", I can't make any mistakes
(even a small inadvertent one).  Please call me so we can discuss the
"unity of interest" that exists between the two entities.  If the
ownership was identical or if one entity owed the other, it would be
best, BUT if the ownership structure is "close" to identical, that
might be enough. Give me a call ASAP.

Best,

Jeff

JEFFREY P. KRANXDORF
Attorney at Law
Admitted in California and New York
18375 Ventura Boulevard, #430
Tarzana, California 91356
Telephone:  (818) 343-3075
Facsimile:  (818) 343-3076
Mobile:     (818) 585-3345
e-mail jkranxdorf@earthlink.net
SKYPE ADDRESS:  jeffkranxdorf

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents,
files or previous e-mail messages attached to it, may contain
confidential information that is legally privileged. If you are not
the intended recipient, or a person responsible for delivering it to
the intended recipient, you are hereby notified that any disclosure,
copying, distribution or use of any of the information contained in or
attached to this message is STRICTLY PROHIBITED. If you have received
this transmission in error, please immediately notify me by reply
e-mail at jkranxdorf@earthlink.net, and destroy the original
transmission and its attachments without reading them or saving them
to disk. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To comply with requirements imposed by
recently issued treasury regulations, I inform you that any U.S. tax
advice contained in this communication (including any attachments) is
not intended or written by me.

Exhibit 12

Exhibit 12

Exhibit 13

Exhibit 13

Exhibit 14

## South Carolina
# Secretary of State
### Mark Hammond

- From the Secretary's Desk
- Online Services
- **Business Filings**
  - Business Filings - General Information
  - Business Filings FAQs
  - Search Business Filings
  - UCC Filings - General Information
  - UCC Filings FAQ
  - Business Opportunities
  - Employment Agencies
  - SC Business One Stop
  - UCC Filing - Important Notice
- Public Charities
- Notaries and Apostilles
- Trademarks
- Cable Franchise Authority
- Service of Process
- Boards and Commissions
- Municipalities
- Consumer Information
- Forms and Fees

**Contact & Feedback**
Do you have feedback for us?

**Site Survey**
Tell us what you think.

- Home
- Driving Directions
- Site Map
- Terms & Conditions

🖨 PRINT

## ROUNDER ENTERPRISES, INC

*Note: This online database was last updated on 11/17/2012 6:01:30 PM.
See our Disclaimer.*

| | |
|---|---|
| DOMESTIC / FOREIGN: | Domestic |
| STATUS: | Forfeiture |
| STATE OF INCORPORATION / ORGANIZATION: | SOUTH CAROLINA Profit |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| REGISTERED AGENT NAME: | JAMES C. BLAKELY, JR. |
| ADDRESS: | 704 EAST MCBEE AVE |
| CITY: | GREENVILLE |
| STATE: | SC |
| ZIP: | 29601 |
| SECOND ADDRESS: | |
| FILE DATE: | 10/29/2007 |
| EFFECTIVE DATE: | 10/29/2007 |
| DISSOLVED DATE: | 06/23/2011 |

### Corporation History Records

| CODE | FILE DATE | COMMENT | Document |
|---|---|---|---|
| Forfeiture | 06/23/2011 | SCBOS Filing, ADMINISTRATIVE DISSOLUTION #2 | |
| Incorporation | 10/29/2007 | CORP | |

**Disclaimer:** The South Carolina Secretary of State's Business Filings database is provided as a convenience to our customers to research information on business entities filed with our office. Updates are uploaded every 48 hours. Users are advised that the Secretary of State, the State of South Carolina or any agency, officer or employee of the State of South Carolina does not guarantee the accuracy, reliability or timeliness of such information, as it is the responsibility of the business entity to inform the Secretary of State of any updated information. While every effort is made to insure the reliability of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from this database does so at his own risk.

### Site Search ❓

[SEARCH]

### Featured Links

- Corporation Search 🔍
- UCC Search 🔍
- Charity Search 🔍
- Notary Search 🔍
- **Boards and Commissions Vacancies**
- **UCC Online** Filing, Search and Document Retrieval
- **Charities! Professional Fundraisers! File Online Here**
- **COUNTERFEIT GOODS NOT A VICTIMLESS CRIME!**
- **SC.GOV** The Official Web Site of the State of South Carolina
- **SC Business One Stop**


OFFICE DIRECTORY

Physical Address: Edgar Brown Building - 1205 Pendleton Street Suite 525 Columbia, SC 29201
Mailing Address: SC Secretary of State's Office 1205 Pendleton Street Suite 525 Columbia, SC 29201