**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| EVERT CALDWELL, | ) | |
| Plaintiff, | ) ) | Case No. 2:12-cv-000458-APG-GWF |
| vs. | ) ) | **ORDER** |
| COMPASS ENTERTAINMENT GROUP, LLC, et al., | ) ) ) | Plaintiff's Motion for Leave to Appear Telephonically at Hearing (#82) |
| Defendants. | ) ) | |

    This matter is before the Court on Plaintiff's Motion for Leave to Appear Telephonically at Hearing (#82), filed on September 6, 2014.

    On August 22, 2014, Defendant filed a Motion to Stay Proceedings (#73) and Motion to Transfer Venue (#74). The motions are set for hearing on September 25, 2014 at 9:30 a.m. in Las Vegas courtroom 3A, before the undersigned. Plaintiff brings the present motion for leave to appear telephonically at the hearing, therein representing that he resides out-of-state and is unable to appear in person. The Court finds that Plaintiff has established good cause for granting his motion. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Appear Telephonically at Hearing (#82) is **granted**. Plaintiff shall be permitted to attend the hearing set for September 25, 2014 by telephone.

. . .

. . .

. . .

. . .

1    **IT IS FURTHER ORDERED** that Plaintiff is instructed to call telephone number: **(702) 868-4910, access code 123456,** five (5) minutes prior to the hearing time.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is **prohibited**.  **The call must be made using a land line.**

DATED this 15th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge